IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GORDON JOHNSTON,

    Plaintiff,

v.                                         CASE NO.: 8:05-CV-2191-T27-MAP

TAMPA SPORTS AUTHORITY, and
HENRY G. SAAVEDRA, in his official
capacity as Executive Director of the
TAMPA SPORTS AUTHORITY,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Tampa Sports Authority, and Henry G. Saavedra, in his official capacity as Executive Director of the Tampa Sports Authority, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order of the District Court denying Defendants' Motion to Reconsider, Vacate, and Dissolve the Preliminary Injunction entered in this action on the 28th day of July, 2006.

                                                  Respectfully submitted,

                                                 /s/ Richard M. Zabak
                                                 RICHARD M. ZABAK, ESQUIRE
                                                 Florida Bar No. 273406
                                                 JOHN VAN VORIS, ESQUIRE
                                                 Florida Bar No. 083395
                                                 GRAY ROBINSON, P.A.
                                                 Post Office Box 3324
                                                 Tampa, Florida  33601-3324
                                                 Telephone:  (813) 273-5000
                                                 Facsimile:  (813) 273-5145
                                                 Attorneys for Defendants

# 764655 v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: John D. Goldsmith, Esq., 101 E. Kennedy Blvd., Suite 2700, Tampa, FL 33602; Rebecca H. Steele, Esq., P.O. Box 18245, Tampa, FL 33679-8245; and, Randall Marshall, Esq., 4500 Biscayne Blvd., Suite 340, Miami, FL 33137-3227.

/s/ Richard M. Zabak
Attorney

# 764655 v1