UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GORDON JOHNSON,

    Plaintiff,

v.        Case No. 8:05-cv-2191-T-27MAP

TAMPA SPORTS AUTHORITY, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the Defendant's Motion for a Stay of Discovery (doc. 41). A hearing was held on the motion on February 2, 2007. For the reasons stated at the hearing, it is hereby:

ORDERED:

1. Defendant's Motion for a Stay of Discovery is GRANTED.

2. The Court will schedule a Rule 16 conference after the Eleventh Circuit issues its ruling on the interlocutory appeal.

DONE AND ORDERED at Tampa, Florida on February 2, 2007.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record
        The Honorable James D. Whittemore